IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DEVIN COLEMAN, | § | |
| | § | No. 576, 2015 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for Kent County |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID Nos.  1303004663 |
| | § | 1303012706 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: November 10, 2015
Decided:    November 16, 2015

**O R D E R**

This 16th day of November 2015, it appears to the Court that, on October 26, 2015, the Clerk issued a notice to show cause, by certified mail, directing the appellant to show cause why this appeal from a Superior Court Commissioner's report and recommendation should not be dismissed for the Court's lack of jurisdiction to consider a criminal interlocutory appeal. The appellant has not responded to the notice to show cause within the required ten-day period. Dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ Karen L. Valihura
Justice